08 CV 02401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDAU UNIFORMS, INC.,
A Tennessee corporation,

        Plaintiff,

v.

JBM INTERNATIONAL, LLC,
A New York Limited Liability
Company; MEDICAL UNIFORM
MANUFACTURING, INC., A Texas
corporation; ISAAC WEISER,
individually; and MUSTAFA
EBRAHIM, individually,

        Defendants.
_____/

**PLAINTIFF'S
RULE 7.1 StATEMENT**



RECEIVED
MAR 07 2008
U.S.D.C. S.D. N.Y.
CASHIERS

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LANDAU UNIFORMS INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                      **NONE**

Date: 3/7/2008

                        **SANDLER, TRAVIS & ROSENBERG, P.A.**
                        Attorneys for Plaintiff
                        **Landau Uniforms Inc.**
                        551 Fifth Avenue, Suite 1100
                        New York, New York 10176
                        Telephone No.: (212) 883-1300
                        Facsimile No.: (212) 883-0068

                        By: _____
                              Kenneth N. Wolf (KW0598)