AFFIDAVIT OF SERVICE UPON A CORPORATION              N
                                               INDEX # 08 CV 02401

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

                                                              SANDLER TRAVIS & ROSEN
                                                              551 Fifth Ave
                                                              NEW YORK
Landau Uniforms Inc A Tennessee Corporation                   NY 10176


                  - against -

Jbm International Llc A New York Limited                      (212) 883-1300
Liability Company Etc


Atty File # 015070.10000      Record # 108557      File # 75

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Jeffrey Kressner Lic 1218654 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 03/19/08 at 12:30pm  at 990 6th Ave Apt 8 L New York Ny
deponent served the within Summons & Complaint In A Civil Action & Rule 7.1
by personally delivering to and leaving with Steven Soffer
for Jbm International Llc
a true copy thereof, and that deponent knew the person so served
to be the Managing Agent and stated (s)he was authorized to
accept legal papers for the corporation.


A description of the person served is as follows:

Approx Age: 40 Years   Approx Weight: 165 Lbs.   Approx Height: 5'9"
Sex: Male      Color of Skin: White     Color of Hair: Black
Other: Balding


Sworn to before me this 03/19/08
Maureen Scarola #01SC6127636                _____
Notary Public, State of New York            Jeffrey Kressner Lic 1218654
Nassau County, Commission Expires 05/31/09

                   Supreme Judicial Services, Inc.
         371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
              255 Broadway - New York, N.Y. 10007 - (212) 319-7171
                            Fax (516) 568-0812

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3/19/08 |
| NAME OF SERVER *(PRINT)* JEFFREY KRESSNER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: STEVEN SOFFER

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/19/08__
            Date        Signature of Server

Address of Server
SUPREME JUDICIAL SERVICES INC.
371 MERRICK ROAD SUITE 202
ROCKVILLE CENTRE, NY 11570

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.