<u>**CORRECTED CERTIFICATE OF SERVICE**</u>

  I, KENNETH N. WOLF, AS ATTORNEY FOR PLAINTIFF LANDAU UNIFORMS, INC. HEREBY CERTIFY that on **March 25, 2008,** I served a true and correct copy of the foregoing

**AFFIDAVIT OF SERVICE UPON A CORPORATION**

**AFFIDAVIT OF SUITABLE SERVICE**

upon the below listed parties by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail addressed to:

**Medical & Industrial Uniform Manufacturing, Inc.**
Through it's Registered Agent:
Mustafa Ebrahim
2323 S. Voss, Suite 123-B
Houston, TX 77057

**Mustafa Ebrahim**
3450 Lang Road
Houston, TX 77092

**JBM International, LLC**
990 6th Avenue, Apartment 8L
New York, New York 10018

**Mr. Isaac Weiser**
990 6th Avenue, Apartment 8L
New York, New York 10018

            ____/s_____
            Kenneth N. Wolf