USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

ATTORNEYS AT LAW
551 Fifth Avenue
NEW YORK, NEW YORK 10176

(212) 883-1300
FAX (212) 883-0068
E-MAIL ADDRESS: kwolf@strtrade.com
WEBSITE www.strtrade.com

**SANDLER & TRAVIS**
TRADE ADVISORY SERVICES
DETROIT • PORTLAND • OTTAWA • PHOENIX

March 25, 2008



RECEIVED
MAR 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

*Via Federal Express*
Hon. Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Landau Uniforms, Inc. v. JBM International, LLC et al.,
Case No. 08-cv-02401(HB)(GG)
Our Ref.: 015625.10000

Dear Judge Baer:

We are counsel for the plaintiff, Landau Uniforms, Inc. This action is a trademark infringement and counterfeiting case, in which defendants have offered and, on information and belief, continue to offer, for sale, counterfeit merchandise that infringes on plaintiff's well-established trademark.

Pursuant to Local Rule 37.2 of the Rules of the United States District Court for the Southern District of New York, and your Honor's individual practice rules, we respectfully request an informal conference with the Court for leave to file the annexed motion papers permitting plaintiff to commence expedited discovery against two of the principal defendants in the above action, JBM International, Inc. and Mr. Isaac Weiser. Mr. Weiser is believed to be a principal of JBM and the individual within JBM who made the offer to sell the merchandise in question. JBM and Weiser have been served with process. A courtesy copy of our notices of filing of the affidavits of service on JBM and Weiser is also enclosed.

Hon. Harold Baer, Jr.
March 25, 2008
Page 2

We thank your Honor for your attention.

Sincerely,

**SANDLER, TRAVIS & ROSENBERG, P.A.**

By: _____
Kenneth Wolf

Cc (All by FedEx):
JBM International, Inc.
Isaac Weiser
Medical & Industrial Uniform Mfg., Inc.
Mustafa Ebrahim

S:/LANDAU/LTR HON. HAROLD BAER 03 25 2008

*[Handwritten note:]* As I understand it your satisfied with permission to file your motion and if so it is granted.

SO ORDERED

Harold Baer, Jr., U.S.D.J.
Date: 3/26/08

Endorsement:

    As I understand it you're satisfied with permission to file your motion and if so it is granted.