Kenneth N. Wolf (KW 0598)
Edward M. Joffe (FL Bar No. 314242)*
Sandler, Travis & Rosenberg, P.A.
Attorneys for Plaintiff
551 Fifth Ave., Suite 1100
New York, NY 10176
(212) 883-1300
*kwolf@strtrade.com*

\* *Not admitted in New York*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDAU UNIFORMS, INC.,
A Tennessee corporation,

          Plaintiff,

v.

JBM INTERNATIONAL, LLC,
A New York Limited Liability Company;
MEDICAL & INDUSTRIAL
UNIFORM MFG, INC., A Texas
corporation; ISAAC WEISER,
individually; and MUSTAFA
EBRAHIM, individually,

          Defendants.
_____/

Case No: 1:08-CV-02401(HB)(GG)

### NOTICE OF EMERGENCY MOTION FOR EXPEDITED DISCOVERY AGAINST JBM INTERNATIONAL, LLC AND ISAAC WEISER

Upon the annexed Motion and supporting Memorandum of Law Plaintiff, Landau Uniforms, Inc., by its attorneys, Sandler, Travis & Rosenberg, P.A., Inc., will move this Court at the United States District Court, Southern District New York, 500 Pearl Street, New York, New York on April 3, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard in such Courtroom as may be designated, for entry of an order granting Plaintiff's Motion for Expedited Discovery Against JBM International, LLC, and Isaac Weiser.

Pursuant to Rule 26(d), Federal Rules of Civil Procedure and Local Rule 6.1(a) of the Rules of the United States District Court for the Southern District, opposing affidavits and answering memoranda, if any, shall be served within four business days after service of the within papers, and reply affidavits and memoranda, within one business day thereafter.

Dated: New York, New York
March 27, 2008

Respectfully submitted,

By: ____/s_____
Kenneth N. Wolf (KW 0598)

**SANDLER, TRAVIS & ROSENBERG, P.A.**
Attorneys for Plaintiff
551 Fifth Avenue, Suite 1100
New York, NY 10176
Tel: 212-883-1300
Fax: 212-883-0068
kwolf@strtrade.com

Edward M. Joffe, *Of Counsel**
Florida Bar No. 314242
**SANDLER, TRAVIS & ROSENBERG, P.A.**
The Waterford – Suite 600
5200 Blue Lagoon Drive
Miami, FL  33126
Tel: 305-267-9200
Fax: 305-267-5155
ejoffe@strtrade.com
*\* Not admitted in New York*

## CERTIFICATE OF SERVICE

I, KENNETH N. WOLF, AS ATTORNEY FOR PLAINTIFF LANDAU UNIFORMS, INC. HEREBY CERTIFY that on **March 27, 2008,** I served a true and correct copy of the foregoing

**NOTICE OF EMERGENCY MOTION FOR EXPEDITED DISCOVERY AGAINST JBM INTERNATIONAL AND ISAAC WEISER**

upon the below listed parties by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail and by overnight courier service addressed to:

**Medical & Industrial Uniform Manufacturing, Inc.**
41-59 Terminal Street
Houston, Texas 77401

**Mustafa Ebrahim**
41-59 Terminal Street
Houston, Texas 77401

**JBM International, LLC**
990 6th Avenue, Apartment 8L
New York, New York 10018

**Mr. Isaac Weiser**
990 6th Avenue, Apartment 8L
New York, New York 10018

                                                        /s/
                                           Kenneth N. Wolf