Sauder Travi
108559

U S District Court of The State of New York          Index #: 08 CV 02401
County of Southern

Plaintiff       Landau Uniforms Inc A Tennessee Corporation
                vs
Defendant       Jbm International Llc A New York Limited

State of __TEXAS__ : County of __HARRIS__ :ss:

__TROY HUTCHESON__, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of __TX__
That on __3/21/08__ at __1117 HRS__ at __4951-G TERMINAL ST. HOUSTON, TX 77401__
deponent served the within Summons & Complaint In A Civil Action & Rule 7.1
on Medical Uniform Manufacturing Inc defendant therein named.

INDIVIDUAL  By Personally delivering to and leaving with said __BAGUIR KAHNMI__
A ☐         and that he knew the person to be the person mentioned and described in said

CORPORATION By delivering to and leaving with __BAGUIR KAHNMI__
B ☒         at __ABOVE ADDRESS__
            and that he knew the person served to be the __MANAGING AGENT__
            of the corporation.

Suitable     Service was made in the following manner after your deponent was unable with due diligence to serve the defendant
age Person   in person:
C ☐          By delivering a true copy thereof to and leaving with _____
             a person of suitable age and discretion at _____
             the said premises being the defendants - respondents (dwelling place)(usual place of abode)
             (place of business) within the State of _____

Affixing to  By affixing a true copy thereof to the door of said premises. The same being the
Door, etc.   defendant's (dwelling place)(usual place of abode)(place of business) within the
D ☐          State of _____

Mailing use  Deponent completed service under the last two sections by depositing a copy of the
with C or D  _____ in a postpaid, properly addressed envelope in an official
E ☐          depository under the exclusive care and custody of the United States Post Office
             in the State of _____ on _____
             in an envelope bearing the legend personal and confidential.

Use with D   Previous Attempts
F ☐          Deponent had previously attempted to serve the above named defendant/respondent.

VOID w/o     A Description of the defendant or other person served on behalf of the defendant is as follows:
Description  Approx Age __32-38__   Approx Weight __180__   Approx Height __5'10"__   Sex __M__
Use with     Color of Skin __MIDEASTERN__ Color of Hair __Black__ Other _____
A,B & C
             Deponent asked the person spoken to whether the defendant was presently in the military service of the United States
             Government or on active duty in the military service in the State of New York and was informed he/she was not. Your
             deponent further says that he/she knew the person so served to be the person mentioned and described in said papers
             defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary-->    Sworn to before me this __3-24-08__        Process Server
                                                        Brenda KH Carter

                    SUPREME JUDICIAL SERVICES, INC.
         371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
         225 Broadway - New York, N.Y. 10007 - (212) 319-7171
                         FAX (516) 568-0812


BRENDA KH CARTER
Notary Public, State of Texas
My Commission Expires
January 15, 2012

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3-21-08__  _____
            Date              Signature of Server

_10924 GRANT RD STE 325_
Address of Server
HOUSTON, TEXAS 77070

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **CORRECTED CERTIFICATE OF SERVICE**

      I, KENNETH N. WOLF, AS ATTORNEY FOR PLAINTIFF LANDAU UNIFORMS, INC. HEREBY CERTIFY that on **April 3, 2008,** I served a true and correct copy of the foregoing

### **NOTICE OF SERVICE**

upon the below listed parties by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail addressed to:

**Medical & Industrial Uniform Manufacturing, Inc.**
Through it's Registered Agent:
Mustafa Ebrahim
2323 S. Voss, Suite 123-B
Houston, TX 77057

**Mustafa Ebrahim**
3450 Lang Road
Houston, TX 77092

**JBM International, LLC**
990 6th Avenue, Apartment 8L
New York, New York 10018

**Mr. Isaac Weiser**
990 6th Avenue, Apartment 8L
New York, New York 10018


                                                      ____/s_____
                                                      Kenneth N. Wolf