UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LANDAU UNIFORMS, INC.,

                Plaintiff,                         08cv2401(HB)(GG)
                                                    ORDER
            -against-

JBM INTERNATIONAL, LLC, MEDICAL &
INDUSTRIAL UNIFORM MFG, INC., ISAAC
WEISER, and MUSTAFA EBRAHIM,

                Defendants.
-----------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

       WHEREAS, on March 7, 2008, the Plaintiff filed a complaint that alleges trademark infringement of the LANDAU and URBANE SCRUBS marks, both owned by the Plaintiff, via the unauthorized sale of uniforms by the Defendants; and

       WHEREAS, on March 26, 2008, the Plaintiff requested leave to file a motion for expedited discovery and this Court approved such request upon review of the allegations in the Complaint and the circumstances of the case; and

       WHEREAS, on March 27, 2008 the Plaintiff moved for expedited discovery pursuant to Fed. R. Civ. P. 26(d) against Defendants JBM International, LLC and Isaac Weiser; and

       WHEREAS these two Defendants have not opposed the motion or answered the Complaint and their time to answer has passed; and

       WHEREAS the Plaintiff has demonstrated that the request for expedited discovery is reasonable and satisfies the requirement of good cause for the expedited discovery under <u>Ayyash v. Bank Al-Madina</u>, 233 F.R.D. 325 (S.D.N.Y. 2005); it is hereby

       ORDERED that the Plaintiff may obtain expedited discovery against JBM International, LLC and Isaac Weiser in accordance with its motion and exhibits.

SO ORDERED
New York, New York
April 22, 2008

                                                                  U.S.D.J.