Sandler Tron
108516

U S District Court of The State of New York        Index #: 08 CV 02401
County of Southern

Plaintiff        Landau Uniforms Inc A Tennessee Corporation
                 vs
Defendant        Jbm International Llc A New York Limited

State of __TEXAS__ : County of __HARRIS__ :ss:

__JONATHAN AMBROISE__, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of __TEXAS__
That on __APRIL 14, 2008__ at __12:50 PM__ at __4951-G TERMINAL ST. HOUSTON TX 77401__
deponent served the within Summons & Complaint In A Civil Action & Rule 7.1
on Mustafa Ebrahim defendant therein named.

INDIVIDUAL   By Personally delivering to and leaving with said _____
A ☐          and that he knew the person to be the person mentioned and described in said
             _____

CORPORATION  By delivering to and leaving with _____
B ☐          at _____
             and that he knew the person served to be the _____
             of the corporation.

Suitable     Service was made in the following manner after your deponent was unable with due diligence to serve the defendant
age Person   in person:
C ☑          By delivering a true copy thereof to and leaving with __BAGUIR KAUNMI__
             a person of suitable age and discretion at __4951-G TERMINAL ST. HOUSTON TX 77401__
             the said premises being the defendants - respondents (dwelling place)(usual place of abode)
             (place of business) within the State of __TEXAS__

Affixing to  By affixing a true copy thereof to the door of said premises. The same being the
Door, etc.   defendant's (dwelling place)(usual place of abode)(place of business) within the
D ☐          State of _____

Mailing use  Deponent completed service under the last two sections by depositing a copy of the
with C or D  _____ in a postpaid, properly addressed envelope in an official
E ☐          depository under the exclusive care and custody of the United States Post Office
             in the State of _____ on _____
             in an envelope bearing the legend personal and confidential.

Use with D   Previous Attempts
F ☐          Deponent had previously attempted to serve the above named defendant/respondent.

VOID w/o     A Description of the defendant or other person served on behalf of the defendant is as follows:
Description  Approx Age __30-35__  Approx Weight __190-195__  Approx Height __5'9"__  Sex __M__
Use with     Color of Skin __Brown__  Color of Hair __BLK__  Other _____
A,B & C
             Deponent asked the person spoken to whether the defendant was presently in the military service of the United States
             Government or on active duty in the military service in the State of New York and was informed he/she was not. Your
             deponent further says that he/she knew the person so served to be the person mentioned and described in said papers
             defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary-->    Sworn to before me this __APRIL 16, 2008__
                                                            _____
             [signature]                                    Process Server

             SUPREME JUDICIAL SERVICES, INC.
             371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
             225 Broadway - New York, N.Y. 10007 - (212) 319-7171
             [stamp: TROY KENT HUTCHESON, Notary Public, State of Texas, My Commission Expires February 10, 2010]
             FAX (516) 568-0812

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/16/08  12:50 PM |
| NAME OF SERVER (PRINT) JONATHAN AMBROISE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  4951-G TERMINAL ST. HOUSTON, TX 77401
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/16/08
           Date

Signature of Server

10924 GRANT RD STE 325 HOUSTON TEXAS 77070
Address of Server

TROY KENT HUTCHESON
Notary Public, State of Texas
My Commission Expires
February 10, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.