Kenneth N. Wolf (KW 0598)
Edward M. Joffe (FL Bar No. 314242)*
Sandler, Travis & Rosenberg, P.A.
Attorneys for Plaintiff
551 Fifth Ave., Suite 1100
New York, NY 10176
(212) 883-1300
kwolf@strtrade.com

* Not admitted in New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDAU UNIFORMS, INC.,
A Tennessee corporation,

        Plaintiff,

v.

JBM INTERNATIONAL, INC.,
A New York corporation;
MEDICAL & INDUSTRIAL
UNIFORM MFG, INC., A Texas
corporation; ISAAC WEISER,
individually; and MUSTAFA
EBRAHIM, individually,

        Defendants.
_____/

Case No: 1:08-CV-02401(HB)(GG)

### AFFIDAVIT OF KENNETH N. WOLF IN SUPPORT
### OF CLERK'S ENTRY OF DEFAULT

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK )

    I, Kenneth N. Wolf, being duly sworn, deposes and says:

1.    I am a member of the Bar of this Court and a member of the firm of Sandler, Travis & Rosenberg, P.A., attorneys for plaintiff, in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default against defendants, JBM International, Inc., Medical & Industrial Uniform Mfg., Inc., and Isaac Weiser.

3. This is an action to recover profits, damages and attorneys' fees and costs owed to plaintiffs for trademark infringement.

4. Jurisdiction of the subject matter of this action is based on 28 U.S.C. §§ 1331 and 1338.

5. This action was commenced on March 7, 2008 by filing the summons and complaint. A copy of the summons and complaint were served on the following defendants, as set forth herein:

- Defendant, JBM International, Inc. was served with the Summons and Complaint on March 19, 2008 by leaving it with the managing agent of the corporation at the place of business, in accordance with Rule 4, Federal Rules of Civil Procedure and CPLR § 311 (a)1.

- Defendant Isaac Weiser was personally served with the Summons and Complaint on March 19, 2008, in accordance with the Rule 4, Federal Rules of Civil Procedure and CPLR § 308 subparagraph 2.

- Defendant Medical Uniform Manufacturing, Inc. was served with the Summons and Complaint on March 21, 2008 by leaving it with the managing agent of the corporation at the place of business, in accordance with Rule 4, Federal Rules of Civil Procedure and CPLR § 311 (a)1.

6. Proof of service on the aforementioned defendants was filed with this Court as evidenced in the Court's docket, entry numbers 3, 4 and 13 respectively. The defendants have not answered the complaint and the time for the defendants to answer the complaint has expired.

7. The individual defendant, Isaac Weiser, is not an infant, not an incompetent person and pursuant to the process server's conversation with the individual accepting service on Mr. Weiser's behalf, is not in the military service of the United States.

Dated: New York, NY
May 30, 2008

_____
Kenneth N. Wolf

Sworn before me this 30 day of May, 2008.

_____
Notary Public

ARTHUR K. PURCELL
Notary Public State of New York
No. 02PU6039680
Qualified in Nassau County
Commission Expires May 11, 20 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDAU UNIFORMS, INC.,
A Tennessee corporation,

    Plaintiff,

v.

JBM INTERNATIONAL, INC.,
A New York corporation;
MEDICAL & INDUSTRIAL
UNIFORM MFG, INC., A Texas
corporation; ISAAC WEISER,
individually; and MUSTAFA
EBRAHIM, individually,

    Defendants.
_____/

Case No: 1:08-CV-02401(HB)(GG)

**CLERK'S CERTIFICATE OF DEFAULT AS TO JBM INT'L., MEDICAL & INDUSTRIAL UNIFORM MFG., INC. and ISAAC WEISER**

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 7, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving JBM International, Inc. by leaving a copy of the summons and complaint with the managing agent of the corporation at the place of business, and proof of such service was filed on March 25, 2008. A copy of the summons and complaint was served on defendant Isaac Weiser by leaving of copy with a co-worker at the usual place of business and by mailing a copy via first class mail, proof of such service was filed on March 25, 2008. A copy of the summons and complaint was served on Medical & Industrial Uniform Mfg. by leaving a copy with the managing agent of the corporation at the place of business, proof of such service was filed on April 4, 2008.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of each defendant is hereby noted.

Dated: New York, NY

_____

                                      **J. MICHAEL MCMAHON**
                                      Clerk of the Court

By: _____
      Deputy Clerk