**Sandler, Travis & Rosenberg, P.A.**
ATTORNEYS AT LAW
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176

(212) 883-1300
FAX (212) 883-0068
E-MAIL ADDRESS: kwolf@strtrade.com
WEBSITE: www.strtrade.com

KENNETH N. WOLF

June 9, 2008

Hon. Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Landau Uniforms, Inc. v. JBM International, LLC et al.,
Case No. 08-cv-02401(HB)(GG)
Our Ref.: 015625.10000

Dear Judge Baer:

We are counsel for the plaintiff, Landau Uniforms, Inc. As discussed during the the conference before your Honor on May 22, 2008, we write to report on the status of this matter. As the Court is aware, on May 30, plaintiff filed a Request for Entry of Default against three of the defendants: JBM International, Inc., Mr. Isaac Weiser and Medical & Industrial Uniform Mfg., Inc. Plaintiff has not been able to properly serve the remaining defendant, Mr. Mustafa Ebrahim, and continues its efforts to do so.

We thank your Honor for your attention.

Sincerely,

SANDLER, TRAVIS & ROSENBERG, P.A.

By: ___/s/ Kenneth Wolf___
Kenneth Wolf

Cc:
JBM International, Inc.
Isaac Weiser
Medical & Industrial Uniform Mfg., Inc.
Mustafa Ebrahim