U S District Court of The State of New York  Index #: 08 CV 02401
County of Southern

Plaintiff     Landau Uniforms Inc A Tennessee Corporation
vs
Defendant     Jbm International Llc A New York Limited

State of __TEXAS__ : County of __HARRIS__ :ss:

__JONATHAN AMBROISE__, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of __TEXAS__
That on __JUNE 19, 2008__ at __12:54 PM__ at __4951-6 TERMINAL ST. HOUSTON, TX 77401__
deponent served the within Summons & Complaint In A Civil Action & Rule 7.1
on Mustafa Ebrahim defendant therein named.

**INDIVIDUAL A ☐** By Personally delivering to and leaving with said _____
and that he knew the person to be the person mentioned and described in said

**CORPORATION B ☐** By delivering to and leaving with _____ at _____
and that he knew the person served to be the _____
of the corporation.

**Suitable age Person C ☒** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person;
By delivering a true copy thereof to and leaving with __MR. GULZAR JUMA__
a person of suitable age and discretion at __4951-6 TERMINAL ST. HOUSTON TX 77401__
the said premises being the defendants - respondents (dwelling place) (usual place of abode)
(place of business) within the State of __TEXAS__

**Affixing to Door, etc. D ☐** By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of _____

**Mailing use with C or D E ☒** Deponent completed service under the last two sections by depositing a copy of the __Citation of Summons & Complaint__ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of __TEXAS__ on __6/20/08__
in an envelope bearing the legend personal and confidential.

**Use with D F ☐** Previous Attempts
Deponent had previously attempted to serve the above named defendant/respondent.

**VOID w/o Description Use with A, B & C** A Description of the defendant or other person served on behalf of the defendant is as follows:
Approx Age __28-30__ Approx Weight __160-165__ Approx Height __6'-0"__ Sex __M__
Color of Skin __WHITE__ Color of Hair __BLACK__ Other __ASIAN__

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary --> Sworn to before me this __6/23/08__

Process Server

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812


TROY KENT HUTCHESON
Notary Public, State of Texas
My Commission Expires
February 10, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/19/08   12:54 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JONATHAN AMBROSE | ASI PROCESS SERVICE LLC |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 4051-G TERMINAL ST. HOUSTON TX 77401

Name of person with whom the summons and complaint were left: MR. GULZAR JUMA

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/08
                Date            Signature of Server

10924 GRANT RD #325
HOUSTON, TX 77070
Address of Server

TROY KENT HUTCHESON
Notary Public, State of Texas
My Commission Expires
February 10, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.