Kenneth N. Wolf (KW 0598)
Edward M. Joffe (FL Bar No. 314242)*
Sandler, Travis & Rosenberg, P.A.
Attorneys for Plaintiff
551 Fifth Ave., Suite 1100
New York, NY 10176
(212) 883-1300
*kwolf@strtrade.com*

* *Not admitted in New York*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDAU UNIFORMS, INC.,
A Tennessee corporation,

       Plaintiff,

v.

JBM INTERNATIONAL, INC.,
A New York corporation;
MEDICAL & INDUSTRIAL
UNIFORM MFG, INC., A Texas
corporation; ISAAC WEISER,
individually; and MUSTAFA
EBRAHIM, individually,

       Defendants.
_____/

Case No: 1:08-CV-02401(HB)(GG)

**NOTICE OF VOLUNTARY DISMISSAL**

     Pursuant to F.R.C.P. Rule 41(a)(1)(i), Plaintiff dismisses the above-captioned action against Defendants JBM International, LLC, Medical & Industrial Uniform Mfg, Inc., Isaac Weiser and Mustafa Ebrahim without prejudice.

Dated: New York, New York  
July 8, 2008                                   Respectfully submitted,


                                             By:___/s_____  
                                             Kenneth N. Wolf (KW 0598)  
                                             **SANDLER, TRAVIS & ROSENBERG, P.A.**  
                                             Attorneys for Plaintiff  
                                             551 Fifth Avenue, Suite 1100  
                                             New York, NY 10176  
                                             Tel: 212-883-1300  
                                             Fax: 212-883-0068  
                                             kwolf@strtrade.com

## CERTIFICATE OF SERVICE

     I, KENNETH N. WOLF, AS ATTORNEY FOR PLAINTIFF LANDAU UNIFORMS, INC. HEREBY CERTIFY that on **July 8, 2008,** I served a true and correct copy of the foregoing

## NOTICE OF VOLUNTARY DISMISSAL

upon the below listed parties by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail addressed to:

Medical & Industrial Uniform Manufacturing, Inc.
Through it's Registered Agent:
Mustafa Ebrahim
2323 S. Voss, Suite 123-B
Houston, TX 77057

Mustafa Ebrahim
3450 Lang Road
Houston, TX 77092

JBM International, LLC
990 6th Avenue, Apartment 8L
New York, New York 10018

Mr. Isaac Weiser
990 6th Avenue, Apartment 8L
New York, New York 10018

                                                   \_\_\_\_\_/s_____
                                                   Kenneth N. Wolf