2008
U.S. DISTRICT JUDGE
S.D.N.Y.

COURTESY COPY

Kenneth N. Wolf (KW 0598)
Edward M. Joffe (FL Bar No. 314242)*
Sandler, Travis & Rosenberg, P.A.
Attorneys for Plaintiff
551 Fifth Ave., Suite 1100
New York, NY 10176
(212) 883-1300
*kwolf@strtrade.com*

* *Not admitted in New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 8/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDAU UNIFORMS, INC.,
A Tennessee corporation,

Plaintiff,

Case No: 1:08-CV-02401(HB)(GG)

v.

JBM INTERNATIONAL, INC.,
A New York corporation;
MEDICAL & INDUSTRIAL
UNIFORM MFG, INC., A Texas
corporation; ISAAC WEISER,
individually; and MUSTAFA
EBRAHIM, individually,

Defendants.
______________________________/

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. Rule 41(a)(1)(i), Plaintiff dismisses the above-captioned action against Defendants JBM International, LLC, Medical & Industrial Uniform Mfg, Inc., Isaac Weiser and Mustafa Ebrahim without prejudice.

Dated: New York, New York
July 8, 2008

Respectfully submitted,

By: /s
Kenneth N. Wolf (KW 0598)
**SANDLER, TRAVIS & ROSENBERG, P.A.**
Attorneys for Plaintiff
551 Fifth Avenue, Suite 1100
New York, NY 10176
Tel: 212-883-1300
Fax: 212-883-0068
kwolf@strtrade.com

The Clerk of the Court is instructed to close this case.

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 9/11/08

# CERTIFICATE OF SERVICE

I, KENNETH N. WOLF, AS ATTORNEY FOR PLAINTIFF LANDAU UNIFORMS, INC. HEREBY CERTIFY that on **July 8, 2008,** I served a true and correct copy of the foregoing

## NOTICE OF VOLUNTARY DISMISSAL

upon the below listed parties by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail addressed to:

Medical & Industrial Uniform Manufacturing, Inc.
Through it's Registered Agent:
Mustafa Ebrahim
2323 S. Voss, Suite 123-B
Houston, TX 77057

Mustafa Ebrahim
3450 Lang Road
Houston, TX 77092

JBM International, LLC
990 6th Avenue, Apartment 8L
New York, New York 10018

Mr. Isaac Weiser
990 6th Avenue, Apartment 8L
New York, New York 10018

/s
Kenneth N. Wolf